Accelerated Med. Supply, Inc. v Ameriprise Ins. Co. (2020 NY Slip Op
50741(U))

[*1]

Accelerated Med. Supply, Inc. v Ameriprise Ins. Co.

2020 NY Slip Op 50741(U) [67 Misc 3d 143(A)]

Decided on June 18, 2020

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 18, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : THOMAS A. ADAMS, P.J., BRUCE E. TOLBERT, TERRY JANE
RUDERMAN, JJ

2017-2454 S C

Accelerated Medical Supply, Inc. as
Assignee of Suzanne Jenkins, Respondent, 
against
Ameriprise Insurance Company, Appellant.

Bruno, Gerbino, Soriano & Aitken, LLP (Nathan M. Shapiro of counsel), for
appellant.
Gabriel & Shapiro, LLC, for respondent (no brief filed).

Appeal from a judgment of the District Court of Suffolk County, Third District
(James F. Matthews, J.), entered August 16, 2017. The judgment, entered pursuant to an
order of that court dated April 12, 2017 denying defendant's motion for summary
judgment dismissing the complaint and granting plaintiff's cross motion for summary
judgment, awarded plaintiff the principal sum of $3,337.

ORDERED that the judgment is reversed, without costs, the order dated April 12,
2017 is vacated, defendant's motion for summary judgment dismissing the complaint is
granted and plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits,
defendant moved for summary judgment dismissing the complaint on the ground that it
had timely denied the claims based upon plaintiff's failure to appear for duly scheduled
examinations under oath (EUOs), and plaintiff cross-moved for summary judgment. In
an order dated April 12, 2017, the District Court denied defendant's motion, finding that
the letters scheduling the EUOs of plaintiff were defective because they did not specify
the claims to which the letters pertained, and the court granted plaintiff's cross motion. A
judgment awarding plaintiff the principal sum of $3,337 was entered on August 16, 2017
pursuant to the April 12, 2017 order.
Defendant established that the EUO scheduling letters had been properly mailed (see St. Vincent's Hosp. of
Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]).
"Contrary to the finding by the District Court, the EUO scheduling letters
were not 'defective.' We note that the initial EUO scheduling letter identified the
assignor, the date of the accident and defendant's file number. The initial EUO
scheduling letter resulted in [*2]a toll of defendant's time
to pay or deny plaintiff's claims as to each claim form which had been submitted by the
same plaintiff for the same assignor and accident prior to the EUO request, as long as the
request had been timely with respect to such claim, and to any claim form received
subsequent to that request, but before plaintiff breached a policy condition by failing to
appear for two properly scheduled EUOs (see ARCO Med. NY, P.C. v Lancer Ins. Co., 34 Misc 3d
134[A], 2011 NY Slip Op 52382[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2011]; see also Tsatkis v
State Farm Fire & Cas. Co., 36 Misc 3d 129[A], 2012 NY Slip Op
51268[U] [App Term, 2d Dept, 9th & 10th Jud Dists 2012]). Defendant further
established that plaintiff had failed to appear for the duly scheduled EUOs (see Stephen Fogel Psychological,
P.C. v Progressive Cas. Ins. Co., 35 AD3d 720 [2006]) and that defendant had
timely mailed (see St. Vincent's Hosp. of Richmond, 50 AD3d 1123) its denial of
claim forms denying the claims on that ground. In opposition, plaintiff failed to raise a
triable issue of fact" (First Class
Med., P.C. v Ameriprise Ins. Co., 63 Misc 3d 135[A], 2019 NY Slip Op
50477[U], *1-2 [App Term, 2d Dept, 9th & 10th Jud Dists
2019]).
Accordingly, the judgment is reversed, the order dated
April 12, 2017 is vacated, defendant's motion for summary judgment dismissing the
complaint is granted and plaintiff's cross motion for summary judgment is denied.
ADAMS, P.J., TOLBERT and RUDERMAN, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 18, 2020